FILED
2010 Jun-15 AM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C&M DISTRIBUTION GROUP, INC., ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | 2:10-CV-00642-LSC |
| ] | |
| VITAL PHARMACEUTICALS, INC., ] | |
| et al., ] | |
| ] | |
| Defendants. ] | |

MEMORANDUM OF OPINION

Plaintiff C&M Distribution Group, Inc. ("C&M"), initiated the above-entitled action on March 25, 2010, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. On May 27, 2010, defendant MBC-United Wholesale, LLC ("MBC"), filed a "Notice of Lack of Diversity Between Plaintiff and Defendant MBC-United Wholesale, LLC." (Doc. 18.) In its Notice, MBC informed the Court that one of its members, United Distributors, Inc., has its principal place of business in Georgia, and because Plaintiff is a Georgia corporation, diversity jurisdiction is lacking. The Court promptly issued an Order directing Plaintiff to show cause why this action should not be

dismissed for lack of jurisdiction.  (Doc. 21.)  In response, Plaintiff does not dispute that one of MBC's members is a citizen of Georgia for purposes of diversity jurisdiction.  Rather, Plaintiff argues that the Court should consider MBC a citizen of Alabama because another member, Montgomery Beverage Co., is an Alabama corporation.  (Doc. 23.)

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*,  511 U.S. 375, 377 (1994).  "Federal diversity jurisdiction under 28 U.S.C. § 1332 requires 'complete diversity'-the citizenship of every plaintiff must be diverse from the citizenship of every defendant." *Legg v. Wyeth*, 428 F.3d 1317, 1320 n.2 (11th Cir. 2005) (citing *Palmer v. Hosp. Auth. of Randolph County*, 22 F.3d 1559, 1564 (11th Cir. 1994)).  "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).  This means the limited liability company has the citizenship of each of its members.  *See id.*  The Court cannot close its eyes to MBC's Georgia citizenship simply because MBC is also a citizen of Alabama.  Complete diversity does not exist, and the

Court is without jurisdiction to decide this case.  A separate order will be entered.

    Done this <u>15th</u> day of <u>June 2010</u>.

                                      _____
                                        L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE
                                              139297